UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NORTH DAKOTA

SOUTHWESTERN DIVISION

_____

UNITED STATES OF AMERICA,    1:11-CR-144

        Plaintiff,

                               MOTION IN LIMINE

vs.

CHRISTOPHER THOMAS CONDON,

        Defendant.

_____

      COMES NOW the Defendant, Christopher Condon, by and through his attorney, Assistant Federal Public Defender Heather Mitchell, and moves the Court in Limine for its Order prohibiting the government from introducing into evidence or questioning any witness, including defendant, were he to testify, concerning the following evidence:

      1. An audio recording, taken June 25, 2012, of a conversation between the Defendant and his mother discussing whether he should plead guilty.

      A Memorandum in support of this Motion is filed herewith.

Dated this 10th day of October, 2012.

        Respectfully submitted,

        NEIL FULTON
        Federal Public Defender
        By:

        */s/ Heather M. Mitchell*
        Heather M. Mitchell
        Assistant Federal Public Defender
        Attorney for Defendant
        Office of the Federal Public Defender
        Districts of South Dakota and North Dakota
        324 North 3rd Street, Suite 1
        Bismarck, ND 58501
        Telephone: 701-250-4500 Facsimile: 701-250-4498
        filinguser_SDND@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2012, the following document(s):

    **Motion in Limine**

were filed electronically with the Clerk of Court through ECF, and that ECF will send a Notice of Electronic Filing (NEF) to the following:

    Gary Delorme
    gary.delorme@usdoj.gov

I further certify that copy of the foregoing documents and the Notice of Electronic Filing will be mailed first class mail, postage paid, to the following non-ECF participants:

        */s/ Heather M. Mitchell*
        Heather M. Mitchell,
        Assistant Federal Public Defender